UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION
IN ADMIRALTY

CASE NO. 00-10028

CIV-MOORE

MAGISTRATE JUDGE
O'SULLIVAN

IN RE THE COMPLAINT OF:
SUNSET WATERSPORTS, INC.
 d/b/a SUNSET JET SKI +,
as owner of the unnamed 17'
non-propelled "banana boat"
towable inflatable pontoon-type craft
towed by an unnamed 1986 18'8"
parasail tow vessel, MIN RXN190631586,
Florida Registration FL7983EY
propelled by a 1994 Johnson
outboard motor, model J-150WTLERC,
serial number G-03569037
for Exoneration from or Limitation
of Liability.
_____/

### MOTION FOR ORDER RESTRAINING PROSECUTION OF CLAIMS

COMES NOW the Plaintiff, SUNSET WATERSPORTS, INC. d/b/a SUNSET

JET SKI +, (hereinafter "SUNSET") as owner of the unnamed 17' non-propelled

"banana boat" towable inflatable pontoon-type craft towed by an unnamed 1986 18'8"

parasail tow vessel, MIN RXN190631586, Florida Registration FL7983EY, propelled by

a 1994 Johnson outboard motor, model J-150WTLERC, serial number G-03569037

(hereinafter "Vessel")  by and through its undersigned counsel, and pursuant to

Supplemental Admiralty Rule F(3) and (4), files this Motion for Order Restraining

Prosecution of Claims, and for its reasons, further states as follows:

SUNSET,  having complied with the requirements of Supplemental Admiralty

Rule F(1) hereby petition this Court for an Order Restraining Prosecution of any and all

1

claims.  Pursuant to Supplemental Rule F(3) AND (4) on application of SUNSET, the

Court shall enjoin the further prosecution of any action or proceedings against SUNSET.

At this time, Plaintiff, SUNSET, is aware of one claim which is pending against it for the

injury of Danny Ghouchani (hereinafter "Ghouchani"), although it is unaware whether

Ghouchani has filed a lawsuit, which total is unspecified, however, given the nature of

the injury, said claim could exceed the value of the vessel.  Additionally, and in

conjunction with Ghouchani's claim, the Plaintiff is aware that Ghouchani's spouse, if

any, potentially has a claim for loss of consortium, which likewise could exceed the

value of the vessel, although Plaintiff is unaware whether Ghouchani's spouse, if any, has

filed a lawsuit.

### MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ORDER RESTRAINING PROSECUTION OF CLAIMS

Under Supplemental Rule F, Limitation Plaintiff has instituted a proceeding in

this Court for exoneration from or limitation of liability in respect of a voyage of an

unnamed 17' non-propelled "banana boat" towable inflatable pontoon-type craft towed

by an unnamed 1986 18'8" parasail tow vessel, MIN RXN190631586, Florida

Registration FL7983EY, propelled by a 1994 Johnson outboard motor, model J-

150WTLERC, serial number G-03569037 on October 11, 1999, during which, among

other damages and losses, Ghouchani alleges he suffered personal injuries, as more

particularly set forth in the Complaint filed herein.

Limitation Plaintiff has complied with the requirements of Supplemental Rule

F(1) as follows:

2

1.      It has filed an Ad Interim Stipulation for Value of Vessel in the amount of $4,660.00, which represents the value of Plaintiff's interest in the Vessel (there was no pending freight), as shown by Affidavit of Value of Value filed herewith, and

2.      The Ad Interim Stipulation for Value filed with the Clerk provides $250.00 security for costs.

3.      This cause is filed within six (6) months of receipt of a claim in writing, to wit: within six months of approximately October 19, 1999.

WHEREFORE, Plaintiff, SUNSET, respectfully requests that this Honorable Court grant herein its Order Restraining Prosecution of Claims.

DATED this _17_ day of _April_____, 2000.

Dirk M. Smits, Esquire
Fla. Bar No 911518
Vernis & Bowling of the Florida Keys, P.A.
Post Office Drawer 529
Islamorada, Florida 33036
(305) 664-4675

3