IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**CLOSED CIVIL CASE**

Case No. 00-10023-CIV-MOORE

IN RE THE COMPLAINT OF:
SUNSET WATERSPORTS, INC.,
d/b/a SUNSET JET SKI +,

FILED by _____ D.C.

AUG 30 2000

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**FINAL ORDER OF DISMISSAL**

_____/

THIS CAUSE came before the Court upon the parties' Stipulation of Dismissal with prejudice (filed August 24, 2000)

THE COURT has considered the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that this action be, and the same is, DISMISSED with prejudice, each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii). The Court will retain jurisdiction over this matter for a period of 60 days from the date of this Order to enforce the settlement agreement, should such enforcement prove necessary.

This case is CLOSED. All pending motions not otherwise ruled upon are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 2000.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies provided:
Dirk M. Smits, Esq.
Alan Telisman, Esq.